# United States District Court

Middle _____ DISTRICT OF _____ Alabama

Linares "Lee" Smith &
Frederick Smith,
V.
Big 10 Tires, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv918-ID

TO: (Name and address of defendant)
Big 10 Tires, Inc.
c/o William C. Tidwell, III
Hand Arendall, LLC
3000 AmSouth Bank Building
107 Saint Francis Street
Mobile, AL 36602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rocco Calamusa, Jr.

Wiggins Childs Quinn & Pantazis
301 19th Street North
Birmingham, Al 35203

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

10/12/06
DATE

(BY) DEPUTY CLERK