IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINARES "LEE" SMITH and<br>FREDERICK SMITH,<br><br>Plaintiff,<br><br>v.<br><br>BIG 10 TIRES, INC.,<br><br>Defendant. | *<br>*<br>*<br>*<br>*<br>*   CASE NO.: CV-06-2:05CV918-ID<br>*<br>*<br>*<br>* |

## CORPORATE DISCLOSURE STATEMENT BY DEFENDANT BIG 10

Pursuant to local rule, Defendant Big 10 states that it has recently been purchased by Sun Capital Partners, Inc. Sun Capital Partners, Inc. is not publicly held. A list of its affiliated companies are as follows:

> ACT Electronics
> American Benefit Plan Administrators
> Anchor Blue
> Beta Brands
> Big 10 Tires
> BlueLinx
> Bruegger's Enterprises
> CanGro Foods
> Catalina Lighting
> Consoltex
> Crane Plumbing
> Creekstone Farms Premium Beef
> Cyrk
> Dale and Thomas Popcorn
> Decorative Panels International
> DIM Branded Apparel
> DriveSol Worldwide
> Drug Fair
> Dura-Line
> Elan Nutrition
> Eljer
> Emerald Performance Materials
> Exopack Holding

- 2 -

Farfield Company
Fazoli's Restaurants
Garden Fresh
GMAC Financial Services
HealthPlan Services
Horsehead
Indalex Holding
InteliCoat Technologies
Jevic Transportation
Lee Cooper
Lexington Home Brands
Life Uniform
Lillian Vernon
LINQ Industrial Fabrics
LOUD Technologies
Marsh Supermarkets
Mattress Firm
Mervyns
Mondrian-Hall
Montgomery Management
MOST
Nationwide Furniture
Nexia
Pamida
Pearl Fittings
Performance Fibers
POP Displays
Powermate
Rag Shops
Real Mex Restaurants
Storage Area Networks
Searles Valley Minerals
ShopKo
Solunet
Sonneborn
Souper Salad
Stila
ThermaSys
Tompkins Associates
Wickes Furniture

/s/ William C. Tidwell
WILLIAM C. TIDWELL, III
Attorney for Defendant
Big 10 Tires, Inc.

OF COUNSEL:
HAND ARENDALL, L.L.C.
3000 AmSouth Bank Building
107 St. Francis Street (36602)
Post Office Box 123
Mobile, Alabama 36601
Telephone:   (251) 432-5511
Facsimile:    (251) 634-6375
Email: btidwell@handarendall.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of December, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

COUNSEL OF RECORD:

Rocco Calamusa, Jr.
Benjamin J. De Gweck
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

/s/ William C. Tidwell