IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINARES SMITH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIV. ACT. NO. 2:06cv918-ID |
| v. | ) |
| | ) |
| BIG 10 TIRES, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the motion to withdraw, filed March 2, 2007 (Doc. No. 9), in which Benjamin J. De Gweck, Esquire, moves to withdraw as counsel for Plaintiffs, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

Done this 14th day of March, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE