IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINARES "LEE" SMITH and FREDERICK SMITH, | * * * |
| Plaintiffs, | * * |
| v. | * CASE NO.: 2:06-cv-918-ID-WC |
| | * |
| BIG 10 TIRES, INC., | * * |
| Defendant. | * |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Come now Plaintiffs Linares "Lee" Smith and Fred Smith, through their undersigned counsel, and Defendant Big 10 Tires, Inc., through its undersigned counsel, who constitute all the parties to this litigation, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and stipulate for dismissal of this action with prejudice, all parties to bear their own costs and attorney's fees.

Respectfully submitted this 20 day of November 2007.


_____
Attorney For Plaintiffs
Rocco Calamusa, Jr.

_____
Attorney For Defendant
William C Tidwell, III